## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Linda Cordesco, | : |
| | : |
| Plaintiff, | : Civil Action No.: 3:11-cv-06424-AET-DEA |
| v. | : |
| Commerical Recovery Systems, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 3, 2012

Respectfully submitted,

By: /s/ Sofia Balile

Sofia Balile, Esq.
Lemberg & Associates LLC
1100 Summer Street
Stamford, CT 06905
Phone: (917) 981-0849
Fax:    (203) 653-3424

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 3, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By_/s/ Sofia Balile_____

               Sofia Balile