UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Linda Cordesco,<br><br>        Plaintiff,<br><br>v.<br><br>Commercial Recovery Systems, Inc.; and DOES 1-10, inclusive,<br><br>        Defendant. | Civil Action No.: 3:11-cv-06424-AET-DEA<br><br>RECEIVED<br>MAR - 6 2012<br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Linda Cordesco ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 5, 2012

                                                  Respectfully submitted,

                                                  By: <u>/s/ Sofia Balile</u>

                                                      Sofia Balile, Esq.
                                                      Lemberg & Associates LLC
                                                      1100 Summer Street
                                                      Stamford, CT 06905
                                                      Phone: (917) 981-0849
                                                      Facsimile: (203) 653-3424
                                                      Attorneys for Plaintiffs

*So Ordered*
*Anne E. Thompson, USDJ*
*3-6-'12*